IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BERNICE FLAX, AS ADMINISTRATRIX OF THE
ESTATE OF CORDELLOS FLAX AND ON BEHALF
OF ALL WRONGFUL DEATH BENEFICIARIES OF
CORDELLOS FLAX, DECEASED, AND CAMIK HAMLET,
AS PARENT AND GUARDIAN OF CORDELLOS FLAX, JR.,
A MINOR, AND ZYKERIA FLAX, A MINOR, AS WRONGFUL
DEATH BENEFICIARIES OF CORDELLOS FLAX, DECEASED                   PLAINTIFFS

VS.                                                                CAUSE NO.: 2:09-cv-101

QUITMAN COUNTY HOSPITAL, LLC
AND LISA COOPER, R.N.                                              DEFENDANTS

## AGREED ORDER AMENDING CASE MANAGEMENT ORDER

THIS DAY there came on the joint motion of the parties herein to extend certain deadlines of the Case Management Order, which is now controlling in this case, and the Court being fully advised that the parties have reached an agreement as to the Discovery and Motions deadlines, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Discovery Deadline, originally scheduled to expire on July 2, 2010, shall be extended an additional sixty (60) days from the date of the entry of this Order.

**IT IS FURTHER ORDERED** that the Motions Deadline, originally scheduled to expire on August 16, 2010, shall be extended an additional sixty (60) days from that date.

**SO ORDERED AND ADJUDGED**, this the 29th day of June, 2010.


/s/David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**